**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Robert Steven MANSEAU,**
**Defendant–Appellant.**

**No. 04–41432**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Sept. 4, 2007.

Randall A. Blake, Assistant U.S. Attorney, Ernest Gonzalez, U.S. Attorney's Office, Eastern District of Texas, Sherman, TX, for Plaintiff–Appellee.

Robert Steven Manseau, Dayton, TX, pro se.

Gerald W. Cobb, Philips & Hopkins, Denton, TX, for Defendant–Appellant.

Before KING, DAVIS, and CLEMENT, Circuit Judges.

* Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.

**PER CURIAM: ***

The attorney appointed to represent Robert Steven Manseau has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Manseau has filed a response. Our independent review of the record, counsel's brief, and Manseau's response discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

